UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ALBERT MEDINA, | Case No. 3:21-cv-00001-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS DIRECTOR, *et al.*, | |
| Defendants. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 14.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (recognizing that revocation of forma pauperis status on appeal is appropriate where district court finds the appeal to be frivolous).

DATED THIS 6th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE